UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

16 CR 430 (JPO)

In re: Application for a Disclosure Order,
USAO Reference No. 2015R01592.

**ORDER**

Upon the annexed Affirmation of Assistant United States Attorney Remy Grosbard, requesting that an Order be issued pursuant to the All Writs Act, Title 28, United States Code, Section 1651, regarding the unsealing and disclosure of the below-referenced sealed and unsealed records maintained by the Brooklyn District Attorney's Office,

IT IS HEREBY ORDERED that all records, both sealed and unsealed, of the Brooklyn District Attorney's Office, including all minutes of grand jury proceedings and all sealed arrest records, relating to Thaakir Abdul-Hakim, be unsealed to the extent necessary to permit the United States Attorney's Office to obtain the contents of the records and thereafter disclose them as necessary to comply with its disclosure obligations.

Dated: New York, New York
       May 3, 2024

_____
J. PAUL OETKEN
United States District Judge